| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| | United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T) |
| | Assistant United States Attorney |
| 3 | 10th Floor Federal Building |
| | 450 Golden Gate Avenue, Box 36055 |
| 4 | San Francisco, California 94102 |
| | Telephone: (415) 436-7017 |
| 5 | Fax (415)-436-6748 |
| | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-10-0061 JSW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO EXCLUDE TIME |
| | ) | UNDER SPEEDY TRIAL ACT |
| ANTHONY CARLOS LIM, | ) | AND [proposed] ORDER THEREON |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated by and between Plaintiff and Defendant, Anthony Carlos Lim, through their respective counsel, as follows:

For the reason that the defendant's counsel requires reasonable time to review extensive discovery produced in this tax matter; to prepare this matter for trial; and to prepare witnesses for trial; the parties agree that the period of delay from April 1, 2010 to April 29, 2010, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), as the ends of justice served by this continuance allowing for continuity of counsel and for adequate trial preparation

///

///

///

///

outweigh the best interest of the public and the defendant in a speedy trial.

                                                JOSEPH P. RUSSONIELLO
United States Attorney

                                                /s/
THOMAS MOORE
Assistant United States Attorney
Attorneys for the United States of America

BARRY J. PORTMAN
Federal Public Defender

                                                /s/
DANIEL P. BLANK
Assistant Federal Public Defender
Counsel for Defendant Anthony Carlos Lim

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 2, 2010

                                                UNITED STATES DISTRICT JUDGE