JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7017
  Fax       (415)-436-6748
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-10-0061 JSW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| | ) | AND [proposed] ORDER THEREON |
| ANTHONY CARLOS LIM, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between Plaintiff and Defendant, Anthony Carlos Lim, through their respective counsel, as follows:

For the reason that the defendant's counsel requires reasonable time to review extensive discovery produced in this tax matter; to prepare this matter for trial; and to prepare witnesses for trial; the parties agree that the period of delay from April 30, 2010 to May 27, 2010, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), as the ends of justice served by this continuance allowing for continuity of counsel and for adequate trial preparation

///

///

///

///

outweigh the best interest of the public and the defendant in a speedy trial.

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                        /s/
                                      THOMAS MOORE
                                      Assistant United States Attorney
                                      Attorneys for the United States of America


                                      BARRY J. PORTMAN
                                      Federal Public Defender

                                        /s/
                                      DANIEL P. BLANK
                                      Assistant Federal Public Defender
                                      Counsel for Defendant Anthony Carlos Lim


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 30, 2010                                  UNITED STATES DISTRICT JUDGE